Brook B. Bond, ISB No. 6340
Jamie K. Ellsworth, ISB No. 8372
PARSONS BEHLE & LATIMER
800 W. Main Street, Suite 1300
Boise, ID  83702
Telephone:  (208) 562-4900
Facsimile:  (208) 562-4901
Email:  bbond@parsonsbehle.com
         jellsworth@parsonsbehle.com

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FIRST BANK, an Idaho corporation,<br><br>Plaintiff,<br><br>v.<br><br>SHEILA MOORE, an individual; and KIRK MOORE, an individual,<br><br>Defendants. | Case No. 1:18-cv-279<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE |

COME NOW the parties to the above-entitled action, by and through their respective undersigned counsel of record, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), and move this Honorable Court for an order dismissing with prejudice any and all claims and causes of action asserted herein by or against any and all parties hereto and without an award of costs or attorneys' fees to any party.

STIPULATION FOR DISMISSAL WITH PREJUDICE - 1

DATED THIS 27th day of July, 2018.

                            THOMAS, WILLIAMS & PARK, LLP

                            By */s/ Daniel E. Williams*
                                Daniel E. Williams
                            Attorneys for Plaintiff

DATED THIS 27th day of July, 2018.

                            PARSONS BEHLE & LATIMER

                            By */s/ Jamie K. Ellsworth*
                                Jamie K. Ellsworth
                            Attorneys for Defendants

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of July, 2018, I electronically filed the within and foregoing instrument with the Clerk of the Court using the CM/ECF system, which caused the following parties and counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

> William H. Thomas, Attorneys for Plaintiff
> wmthomas@thomaswilliamslaw.com
>
> Daniel E. Williams, Attorneys for Plaintiff
> danw@thomaswilliamslaw.com

*/s/ Jamie K. Ellsworth*
Jamie K. Ellsworth

STIPULATION FOR DISMISSAL WITH PREJUDICE - 3