UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| IDAHO FIRST BANK,<br><br>            Plaintiff,<br><br>   v.<br><br>SHEILA MOORE and KIRK MOORE,<br><br>            Defendants. | Case No. 1:18-cv-00279-BLW<br><br>**AMENDED ORDER** |

The Court has before it the parties' Stipulation for Dismissal with Prejudice (Dkt. 10). Good cause appearing, the Court will grant the stipulation and dismiss this case in its entirety with prejudice.

**ORDER**

**IT IS ORDERED:**

1. The parties' Stipulation for Dismissal with Prejudice (Dkt. 10) is **GRANTED**, and this case is dismissed, with prejudice, with each party bearing its own costs and attorney fees.

2. The Court will issue a separate judgment in accordance with Federal Rule

of Civil Procedure 58.

DATED: **July 31, 2018**

B. LYNN WINMILL
Chief U.S. District Court Judge

**AMENDED ORDER - 2**